**Order entered December 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00831-CV

### MERITAGE HOMES OF TEXAS, L.L.C. D/B/A MONTEREY HOMES, Appellant

### V.

### JU-AN RUAN, ET AL, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-00490**

## ORDER

We **GRANT** appellant's December 20, 2013 unopposed first motion for extension of time to file reply brief and **ORDER** the brief be filed no later than January 22, 2014. No further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE